NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA L. RUFFING, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST CHOICE BACKGROUND SCREENING, d.b.a. FIRST CHOICE RESEARCH SCREENING, a foreign corporation doing business in California; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 13CV9514JAK-AJW(x)<br>[Assigned for all purposes to the Hon. John A. Krohnstadt]<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF ANDREA L. RUFFING AND WITHOUT PREJUDICE AS TO HER CLASS CLAIMS**<br><br>**JS-6** |

**GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED THAT:**

Plaintiff's individual claims are dismissed with prejudice and Plaintiff's class claims are dismissed without prejudice.

Dated: July 29, 2014

_____
Hon. Judge John A. Kronstadt